# United States District Court
## Southern District of Georgia

WILLIAM GEORGE MITCHELL,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 617-165

WARDEN WALTER BERRY,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 4, 2019 adopting the Report and Recommendation as the Court's opinion, that Respondent's Motions to dismissed are granted and Petitioner Mitchell's Petition is therefore dismissed; furthermore, Petitioner Mitchell is denied a Certificate of Appealability and in forma pauperis status on appeal. This case stands closed

| 03/04/2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk